UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HAMMIE JOHNSON,

              Plaintiff,

   -against-

NATIONAL RAILROAD PASSENGER
CORPORATION,

              Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 3937 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 27 2007 ★

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 25, 2007, granting Amtrak's motion for summary judgment; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting Amtrak's motion for summary judgment.

Dated: Brooklyn, New York
       September 26, 2007

                                                    s/Robert C. Heinemann

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court